Carrie R. Hunter, Respondent, v. Grace S. Ramsay, Individually and as Administratrix, etc., of Malcom Ramsay, Deceased, Appellant.— Order modified (1) by striking out paragraph thereof marked second and substi-

tuting a direction striking out paragraphs marked third, ninth and tenth of the complaint; (2) by striking out so much of paragraph fourth of the complaint as reads: "in violation of said understanding and agreement and." As thus modified the order is affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred. Order to be settled on two days' notice before Mr. Justice Stapleton.

In the Matter of the Application of Charles Ries and Anna M. H. Hueg, as Creditors of Catherine A. C. G. Rehfeldt, etc., Respondents. Jacob J. Kappes and Others, Appellants.— The surrogate's right and duty to bring in an interested party who has not been named in the original citation is in furtherance of equity. (Matter of Ibert, 48 App. Div. 510.) No ground is disclosed to review or modify this exercise of the surrogate's powers. The petition was also in proper form. Where the applicants reside out of the county, and the matters are peculiarly within the attorney's knowledge, the attorney may properly verify such a petition. (Moorhouse v. Hutchinson, 2 Dem. 429.) The surrogate's order permitting an amendment and the issue of a supplemental citation to bring in the mortgagee was, therefore, right. Order of the Surrogate's Court of Queens county affirmed, with ten dollars costs and disbursements. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Giuseppe Magliulo, Respondent, v. The Morris and Cummings Dredging Company, Inc., Appellant.— Order modified to the extent of imposing as a condition for leave to serve an amended complaint the payment of thirty dollars as trial fee, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Edward B. Murray, Appellant, v. William C. Meinch, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Morris Salzman, Respondent, v. Eisenbach Realty and Construction Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Anna Smith, Respondent, v. The City of Poughkeepsie, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.